UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NO.: 2:25-cr-59-SPC-KCD

MICHAEL LEE STOVER

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 43). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting an **FNH pistol and ammunition** (hereinafter "**assets**"). *See* 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 43) is **GRANTED**.

1.    The assets are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

2.    This Order will become a final order of forfeiture as to Defendant at sentencing.

3.    Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on June 24, 2025.


SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record