UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:25-cr-59-SPC-KCD

MICHAEL LEE STOVER
_____/

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 47). The Government seeks to have forfeited **ammunition** ("**Asset**"), which was subject to the Court's June 24, 2025, Preliminary Order of Forfeiture. (Doc. 44). Although the Government gave proper notice, no third party has petitioned for the Asset, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Asset to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 47) is **GRANTED**.

1. Defendant's interest in the ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law

and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Asset is now VESTED in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on August 27, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record