UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:25-cr-59-SPC-KCD

MICHAEL LEE STOVER

## ORDER ON MOTION FOR EVALUATION

Before the Court is Defendant Michael Lee Stover's Motion to Allow an Expert Evaluation at the Charlotte County Jail (Doc. 49). Counsel has retained Dr. Pat Capozzoli, PsyD, to provide a mental health evaluation of Stover. Dr. Capozzoli will need to meet with the defendant in a private room - with a table and chairs, as well as an electrical outlet for a laptop - at the Charlotte County Jail on Friday, September 12, 2025.

In considering the motion, the Court finds good reason to allow Dr. Capozzoli to meet with the defendant. Dr. Capozzoli must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is now

**ORDERED:**

Defendant Michael Lee Stover's Motion to Allow an Expert Evaluation at the Charlotte County Jail (Doc. 49) is **GRANTED**. Dr. Capozzoli is **AUTHORIZED** to evaluate Defendant on **September 12, 2025** at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on September 5, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

cc: U.S. Marshal
Yvette C. Gray, Assistant Federal Defender
Mark Morgan, Assistant United States Attorney